333 F.2d 846
 UNITED STATES of America, Plaintiff-Appellee,
v.
James William ALLEN, Defendant-Appellant.
 No. 15587.
 United States Court of Appeals Sixth Circuit.
 July 8, 1964.
 
 Appeal from the United States District Court for the Eastern District of Michigan at Detroit; Ralph M. Freeman, Judge.
 
 
 1
 Leonard Townsend, Bell & Townsend, Detroit, Mich., for appellant.
 
 
 2
 Lawrence Gubow, U.S. Atty., Sanford Rosenthal, Asst. U.S. Atty., Detroit, Mich., for appellee.
 
 
 3
 Before WEICK, Chief Judge, EDWARDS, Circuit Judge, and FOX, District judge.
 
 ORDER.
 
 4
 Upon consideration,
 
 
 5
 It is ordered that the appeal be hereby dismissed.